IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-16-32 |
| AUSTIN TYLER TODD, | |
| Defendant. | |

**ORDER**

Defendant Austin Tyler Todd has filed motions asking the Court to order the Federal Bureau of Prisons to apply jail-time credits to his federal sentence. (Docs. 1547, 1551.)

[T]he Supreme Court has held that the Attorney General through the Bureau of Prisons, as opposed to the district courts, is authorized to compute sentence credit awards after sentencing. As a result, a federal prisoner dissatisfied with computation of his sentence must pursue the administrative remedy available through the federal prison system before seeking judicial review of his sentence. A claim for credit for time served is brought under 28 U.S.C. § 2241 after the exhaustion of administrative remedies.

United States v. Williams, 425 F.3d 987, 990 (11th Cir. 2005) (citations and quotations omitted). Todd does not allege, much less demonstrate, that he exhausted his administrative remedies. Accordingly, the Court **DENIES** Todd's Motions, (doc. 1547, 1551), **WITHOUT PREJUDICE**. Should Todd continue to seek the relief he requests after exhausting his administrative remedies, he must file a Section 2241 petition in the district of his confinement.

**SO ORDERED**, this 30th day of May, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA